UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00439-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL MULLACK,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to the defendant not being able to find transportation to the courthouse, the change of plea hearing set for Wednesday, October 27, 2010, at 9:00 a.m. is reset to **Monday, December 20, 2010 at 4:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> prior to the hearing date. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Defendant's presence is mandatory for the December 20, 2010 change of plea hearing and a bench warrant for his arrest for failure to appear will be issued.

    Dated: October 27, 2010.