**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 23, 2011 | Probation: | Patrick Lynch |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00439-WYD**              Counsel:

UNITED STATES OF AMERICA,                         Robert M. Brown

      Plaintiff,

v.

**1.  MICHAEL MULLUCK**,                          Edward A. Pluss

      Defendant.

**SENTENCING**

**10:04 a.m.**     Court in Session - Defendant present (on-bond)

    **Change of Plea Hearing - Monday, December 20, 2010, at 4:00 p.m.
    Plea of Guilty - one-count Information**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

10:06 a.m.     Statement and argument on behalf of Government (Mr. Brown).

10:08 a.m.     Statement and argument on behalf of Defendant (Mr. Pluss).

10:13 a.m.     Statement on behalf of Probation (Mr. Lynch).

10:15 a.m.     Statement and argument on behalf of Defendant (Mr. Pluss).

10:18 a.m.     Statement by Defendant on his own behalf (Mr. Mulluck).

10:26 a.m.        Statement on behalf of Government (Mr. Brown).

                 Court makes findings.

**ORDERED:**   Government's Amended Motion Downward Departure Pursuant to 5K1.1 [doc. #26], filed March 22, 2011, is **GRANTED.**

**ORDERED:**   Defendant is placed on **probation** for a term of **5** years.

**ORDERED:**   **Conditions** of **Probation** are:

    (X)   Defendant shall not commit another federal, state or local crime.

    (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

    (X)   Defendant shall comply with standard conditions adopted by the Court.

    (X)   Defendant shall not unlawfully possess a controlled substance.

    (X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

    (X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Probation** are:

    (X)   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

    (X)   The defendant shall not be employed in any fiduciary position without prior permission from the Court.

    (X)   As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

    (X)   The defendant shall enroll in and complete a program in order to obtain a General Equivalency Diploma (GED) within the first year of probation and provide proof of completion to the probation officer.

|     |     |
| --- | --- |
| (X) | The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer. |
| (X) | If the defendant has not secured a stable residence at the time of sentencing, he shall continue to reside in a residential reentry center (RRC) for a period of up to 180 days from the date he originally entered the facility on November 8, 2010. |

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Restitution is ordered in monthly installments of not less than **$105.75** during the five-year term of probation, that interest on restitution be waived, and that the restitution be joint and several with Todd Bailey, Case No. 10-cr-00478-LTB-01.

| **Victims** | **Amount** |
| --- | --- |
| Domingo Caratache | $1,269.00 |
| Parvez Khoja | $  846.00 |
| Stephanie Ogan | $  846.00 |
| Marilyn Henderson | $  846.00 |
| Autumn Webster | $  846.00 |
| Joseph Kuhn | $  846.00 |
| Robert Hoffman | $  846.00 |
| **TOTAL** | **$6,345.00** |

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**10:35 a.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :31**